KEVIN V. RYAN (CSBN 118321)  \*\*E-filed 1/11/06\*\*
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

STEPHANIE M. HINDS (CSBN 154284)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6816
    Facsimile: (415) 436-6748
    Email: stephanie.hinds@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>1.  1997 BMW 328i;<br><br>2.  1999 NAUTIQUE SKI BOAT AND TRAILER; and;<br><br>3.  1999 CHEVY TAHOE,<br><br>    Defendants. | No. C 01-20988 JF (HRL)<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER FOR FURTHER STAY OF ACTION** |

       IT IS HEREBY STIPULATED by and between plaintiff United States of America and claimant Michael Johnston, through undersigned counsel, that the Court further extend the stay in the above-captioned action for approximately 6 months. Michael Johnston, the sole claimant I this action, is currently awaiting trial in a related criminal prosecution in this district which is captioned, United States v. Michael Johnston, et al. (Case no. CR 04-20179 JF). The allegations in the forfeiture complaint are based, in large part, on the allegations at issue in the pending criminal action. At the request of the parties, the Court previously issued an order staying this

*STIPULATION AND ORDER RE STAY*
*C 01-20988 JF (HRL)*

action. The factual predicate for that request has not changed as counsel are advised that the criminal case is still ongoing. Consequently, the parties agree that extending the stay in the forfeiture proceeding continues to be appropriate in order to preserve Mr. Johnston's right against self-incrimination in the related criminal case. Accordingly, the parties request that the Case Management Conference currently set for January 13, 2006, at 10:30 a.m. be vacated, and that the matter be set for further status in approximately 6 months.

DATED:01/06/06                                      DATED: 01/06/06

_____/S/_____                              _____/S/_____
STEPHANIE M. HINDS                                  ERIC J. SIDEBOTHAM
Assistant United States Attorney                    Attorney for Claimant Michael Johnston

IT IS HEREBY ORDERED:

Upon the stipulation of counsel, and good cause appearing, the above-entitled civil forfeiture action is stayed in light of the pending related criminal prosecution of Michael Johnston. The case management conference currently scheduled for January 13, at 10:30 a.m. is vacated and the matter is continued until  7/14/06  for status.

GRANTED
Judge Jeremy Fogel

DATED:   1/11/06                                    _____
                                                    JEREMY FOGEL
                                                    United States District Judge

*STIPULATION AND ORDER RE STAY*
*C 01-20988 JF (HRL)*