SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney                                               *efiled 4/5/07

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

STEPHANIE M. HINDS (CSBN 154284)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6816
   Facsimile: (415) 436-6748
   Email: stephanie.hinds@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>    Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> 1.  1997 BMW 328i; ) <br> ) <br> 2.  1999 NAUTIQUE SKI BOAT AND ) <br>     TRAILER; and; ) <br> ) <br> 3.  1999 CHEVY TAHOE, ) <br> ) <br>    Defendants. ) <br> _____) | **No. C 01-20988 JF (HRL)** <br><br> **STIPULATION AND [PROPOSED] ORDER FOR FURTHER STAY OF ACTION** |

     IT IS HEREBY STIPULATED by and between plaintiff United States of America and claimant Michael Johnston, through undersigned counsel, that the Court further extend the stay in the above-captioned action for approximately 6 months. Michael Johnston, the sole claimant in this action, is currently awaiting trial in a related criminal prosecution in this district which is captioned, United States v. Michael Johnston, et al. (Case no. CR 04-20179 JF). The allegations in the forfeiture complaint are based, in large part, on the allegations at issue in the pending criminal action. At the request of the parties, the Court previously issued an order staying this

*STIPULATION AND ORDER RE STAY*
*C 01-20988 JF (HRL)*

1  action. The factual predicate for that request has not changed as counsel are advised that the
2  criminal case is still ongoing. Consequently, the parties agree that extending the stay in the
3  forfeiture proceeding continues to be appropriate in order to preserve Mr. Johnston's right
4  against self-incrimination in the related criminal case. Accordingly, the parties request that the
5  Case Management Conference currently set for April 6, 2007 , at 10:30 a.m. be vacated, and that
6  the matter be set for further status in October, 2007.

7  Government counsel has discussed the contents of this stipulation with Eric Sidebotham,
8  claimant's counsel of record. Mr. Sidebotham has authorized undersigned government counsel
9  to sign this stipulation on his behalf.

11  DATED: 04/04/07                             DATED: 04/04/07

13  _____/S/_____        _____/S/_____
14  STEPHANIE M. HINDS                        ERIC J. SIDEBOTHAM
    Assistant United States Attorney          Attorney for Claimant Michael Johnston

17  IT IS HEREBY ORDERED:

18  Upon the stipulation of counsel, and good cause appearing, the above-entitled civil
19  forfeiture action is stayed in light of the pending related criminal prosecution of Michael
20  Johnston. The case management conference currently scheduled for April 6, 2007, at 10:30 a.m.
21  is vacated and the matter is continued until __10/5/07__ for status.

23  DATED:  4/5/07
                                               _____
24                                             JEREMY FOGEL
                                               United States District Judge

*STIPULATION AND ORDER RE STAY*
*C 01-20988 JF (HRL)*