1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division
4  STEPHANIE M. HINDS (CSBN 154284)
   Assistant United States Attorney
5
6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
7      Telephone: (415) 436-6816
       Facsimile: (415) 436-6748
8      Email: stephanie.hinds@usdoj.gov

9  Attorneys for Plaintiff

10                      UNITED STATES DISTRICT COURT
11                     NORTHERN DISTRICT OF CALIFORNIA
12                             SAN JOSE DIVISION

13 UNITED STATES OF AMERICA,         )
                                     )
14      Plaintiff,                   )
                                     )
15      v.                           )    No. C 01-20988 JF (HRL)
                                     )
16 1.   1997 BMW 328i;               )    STIPULATION AND [PROPOSED] ORDER
                                     )    FOR FURTHER STAY OF ACTION
17 2.   1999 NAUTIQUE SKI BOAT AND   )
        TRAILER; and;                )
18                                   )
   3.   1999 CHEVY TAHOE,            )
19                                   )
        Defendants.                  )
20 _____ )

21
22      IT IS HEREBY STIPULATED by and between plaintiff United States of America and
23 claimant Michael Johnston, through undersigned counsel, that the Court further extend the stay
24 in the above-captioned action for approximately 6 months. Michael Johnston, the sole claimant
25 in this action, is currently awaiting trial in a related criminal prosecution in this district which is
26 captioned, United States v. Michael Johnston, et al. (Case no. CR 04-20179 JF). The allegations
27 in the forfeiture complaint are based, in large part, on the allegations at issue in the pending
28 criminal action. At the request of the parties, the Court previously issued an order staying this

*STIPULATION AND ORDER RE STAY*
*C 01-20988 JF (HRL)*

action.  The factual predicate for that request has not changed as counsel are advised that the criminal case is still ongoing.  According to the criminal docket sheet, the matter has been set for trial on February 1, 2008; a motions hearing has been scheduled for December 12, 2007. Consequently, the parties agree that extending the stay in the forfeiture proceeding continues to be appropriate in order to preserve Mr. Johnston's right against self-incrimination in the related criminal case.  Accordingly, the parties request that the Case Management Conference currently set for October 5, 2007 , at 10:30 a.m. be vacated, and that the matter be set for further status in April, 2008.

DATED: 09/27/07                                DATED: 9/27/07


_____/S/_____                     _____/S/_____
STEPHANIE M. HINDS                              ERIC J. SIDEBOTHAM
Assistant United States Attorney                Attorney for Claimant Michael Johnston


      IT IS HEREBY ORDERED:

    Upon the stipulation of counsel, and good cause appearing, the above-entitled civil forfeiture action is stayed in light of the pending related criminal prosecution of  Michael Johnston.  The case management conference currently scheduled for October 5, 2007, at 10:30 a.m. is vacated and the matter is continued until  April 4, 2008   for status.

DATED:    10/1/07

_____
JEREMY FOGEL
United States District Judge

*STIPULATION AND ORDER RE STAY*
*C 01-20988 JF (HRL)*